```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| NICHOLAS DELMONICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SERENITY SMITH, et al. | : | NO. 22-4296 |

<u>ORDER</u>

AND NOW, this 21st day of November, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of the plaintiff to remand this action to the Court of Common Pleas of Philadelphia County (Doc. #7) is GRANTED;

(2)  the motion of plaintiff for attorneys fees is GRANTED.  Counsel for Amazon.Com, Inc. shall pay to plaintiff's counsel attorneys fees in the amount of $1,800 within fifteen days and shall file a declaration of payment with this court once the fees have been paid.  The court retains jurisdiction over this action as to the payment of the said attorneys fees; and

(3)  the emergency motion of Amazon.Com, Inc. to withdraw its notice of removal and remand to the Philadelphia Court of Common Pleas (Doc. #10) is DENIED as moot.

                                              BY THE COURT:

                                              <u>/s/ Harvey Bartle III  </u>

                                                                J.